IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACKIE A. SEXSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.  2:08cv518-WHA |
| ) | (WO) |
| STATE OF ALABAMA DEPT. OF ) | |
| MENTAL HEALTH AND MENTAL ) | |
| RETARDATION; JOHN HOUSTON, etc.; ) | |
| OTHA DILLIHAY, etc.; HENRY R. ) | |
| ERVIN, etc.; and MARILYN BENSON, etc.,) | |
| ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Upon consideration of the Motion for Leave to Amend Complaint (Doc. #27) is it hereby

ORDERED as follows:

1.  The Motion for Leave to Amend Complaint (Doc. #27) is GRANTED.  The clerk is DIRECTED to docket the proposed amended complaint attached to the Motion.

2.  The Motion to Dismiss (Doc. #22) is DENIED as moot.

Done this 16th day of October, 2008.

      /s/ W. Harold Albritton
     W. HAROLD ALBRITTON
     SENIOR UNITED STATES DISTRICT JUDGE